■ In the Matter of CANDY L. RHEDER, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 20, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.